UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-02503-SSS-JDEx | Date | November 14, 2024 |
| Title | *Mesa Digital, LLC v. ASUS Computer International* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED**

The Court has granted Defendant ASUS Computer International's ("ASUS") Motion to Dismiss in a prior order. [Dkt. 31]. The Court notes, however, that ASUS has previously filed a Counterclaim with their Answer in response to Plaintiff's First Amended Complaint. [Dkt. 26]. Accordingly, the parties are hereby **ORDERED** to show cause why this case should remain open as to the surviving counterclaim.

The parties are ordered to submit a response to this Order by **November 21, 2024**.

**IT IS SO ORDERED.**