JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA DIGITAL, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>ASUS TECH USA,<br><br>           Defendant. | Case No. 8:23-cv-02503-SSS-JDEx<br><br>**ORDER DISMISSING WITH PREJUDICE** |

Before the Court is Plaintiff Mesa Digital, LLC's and Defendant ASUS Computer International's Joint Response to the Court's Order to Show Cause (Dkt. 36). Good cause appearing in view of the parties' agreement, it is hereby ordered that this action, including all counterclaims, is dismissed WITH PREJUDICE and each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: December 2, 2024

_____
SUNSHINE S. SYKES
United States District Judge